WILLIAM F. HELLER, Respondent, v. PEPSI-COLA COMPANY and Others, Appellants, and HARRY W. SHENTON, Defendant.— Order denying motion to dismiss the complaint on the ground that it sets forth a cause of action of which the court

will not take jurisdiction, and resettled order directing an examination of the appealing defendants before trial and the production of certain books, records and papers affirmed, with ten dollars costs and disbursements. The examination will proceed on five days' notice. Appeal from order dated September 30, 1936, dismissed. No opinion. Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ., concur. [See ante, p. 735.]